IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRISPIN S. BLANCHETTE | ) | |
| | ) | |
| v. | ) | No. 3:16-2496 |
| | ) | Crenshaw/Holmes |
| KINDRED HEALTHCARE | ) | |
| OPERATING, INC. And KINDRED | ) | |
| HEALTHCARE, INC. | ) | |

**O R D E R**

A final case management conference was held on March 2, 2018. Counsel appearing were: Ross Pepper and Sara Ellis for Plaintiff and Donna Perry, Alina Klimkana, and Dan Puryear for Defendants. Among the topics discussed were the prospect for settlement, the parties' need to discuss factual stipulations and admissibility of exhibits, and a new target trial date. Based on discussion during the final case management conference, the following is ordered:

1. By no later than **March 12, 2018**, Plaintiff shall make a new demand in writing to Defendants. By no later than **March 22, 2018**, Defendant shall respond in writing to Plaintiff's demand. The parties shall then make a good faith effort at settlement. By no later than **May 18, 2018**, the parties shall file a joint case resolution status report confirming their good faith attempt at settlement.

2. A telephonic status conference will be held on **Thursday, May 24, 2018, at 10:00 a.m. (Central)** to, if necessary, discuss scheduling a judicial settlement conference, as well as any other matters as appropriate. Plaintiff's counsel shall initiate the call. If a notice of settlement is filed by the parties prior to May 24, the status conference shall be automatically cancelled without further order.

3. During their discussions about settlement, the parties shall also discuss whether there are any facts about which there is no real dispute and to which the parties can therefore stipulate. Additionally, prior to the reset deadline for filing exhibit lists and stipulations, the parties shall also exchange preliminary exhibits and make an effort to stipulate to admissibility of as many exhibits as possible. If there are any exhibits about which the parties are unable to stipulate as to admissibility, they shall determine whether they can at least stipulate to authenticity. Stipulations of fact and stipulations of admissibility and/or authenticity of exhibits shall be filed by the deadline to be set by separate order of Chief Judge Crenshaw.

4. The parties anticipate that the **JURY** trial of this case will take approximately **2 to 3 days**. Based on the respective calendars of counsel, party representatives, and known witnesses, the parties respectfully request a target trial date on any of the following dates:

August 14, 2018

November 6, 2018

November 13, 2018

January 22, 2019

January 29, 2019

February 5, 2019

An order setting rescheduled dates for trial and a pretrial conference, and detailing the parties' pretrial obligations, will be entered separately by Chief Judge Crenshaw.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

2

Case 3:16-cv-02496   Document 61   Filed 03/09/18   Page 2 of 2 PageID #: 744